DANIEL V. THOMAS, Surviving Executor, etc., Respondent, *v.* LORENZO F. FREEMAN et al., Appellants.

(Argued January 20, 1882 ; decided January 31, 1882.)

*Samuel Hand* for appellants.

*D. H. Bolles* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.